HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD BREES,

    Plaintiff,

  v.

JEFFERSON COUNTY, et al.,

    Defendants.

Case No. C07-5000RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Partial Summary Judgment [Dkt. #22]. Having considered the entirety of the records and file herein, the Court hereby rules as follows:

Plaintiff seeks partial summary judgment against the defendants based upon the defendants' Answer which asserted as an affirmative defense: "The search warrant was issued without probable cause." On November 6, 2007 the Court entered an Order allowing defendants to amend their Answer and delete this affirmative defense. [Dkt. #27]. In allowing the amendment, the Court found that the above-quoted language was an obvious typographical error, and that plaintiff was not unduly prejudiced by the amendment. [*Id.*]. Because the Answer has been amended striking the obviously erroneous defense, the basis for plaintiff's

1  motion for partial summary judgment has been removed from the case. Therefore, plaintiff's Motion for Partial
2  Summary Judgment [Dkt. #22] is **DENIED.**
3  **IT IS SO ORDERED.**
4  Dated this 19th day of November, 2007.

                                    /s/ Ronald B. Leighton
                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE